UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GENIVA O KEEFE, on behalf of herself and all others similarly situated and CAROL TOMLINSON, on behalf of herself and all others similarly situated,**

    Plaintiffs,

v.                                     Case No: 8:18-cv-1496-T-35AEP

**PICK FIVE IMPORTS, INC.,**

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On January 4, 2021, the Parties filed a Joint Motion to Vacate or Continue Current Deadlines, informing the Court that they have "reached an agreement in principle to resolve this matter" and requesting that the Court continue various deadlines by thirty days to allow them to formalize their agreement. (Dkt. 150) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of January 2021.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:
Counsel of Record
Any pro se party