# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**GENIVA O KEEFE, on behalf of
herself and all others similarly situated
and CAROL TOMLINSON, on behalf
of herself and all others similarly
situated,**

      **Plaintiffs,**

**v.**                                  **Case No: 8:18-cv-1496-MSS-AEP**

**PICK FIVE IMPORTS, INC.,**

      **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal With Prejudice,

(Dkt. 152) and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** This case

shall remain **CLOSED.**

**DONE and ORDERED** in Tampa, Florida this 4th day of March 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party